IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-02308-RPM

CONTINENTAL DIVIDE INSURANCE, as subrogee of Borowski Enterprises, LLC,

    Plaintiff,

v.

NORTH POINTE INSURANCE COMPANY,

    Defendant.

---

ORDER SETTING PRETRIAL CONFERENCE

---

The Court having determined that this case should now be set for a pretrial conference, it is

ORDERED that a pretrial conference is scheduled for **December 3, 2008, at 2:00 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Counsel are directed to comply with the Instructions for Preparation and Submission of Final Pretrial Order which may be found at **www.cod.uscourts.gov/judges_frame.htm**. The proposed Final Pretrial Order, original only, shall be delivered in paper form directly to chambers by **4:00 p.m. on November 25, 2008.** The conference is conducted with counsel only and no parties or representatives of parties will be permitted to attend.

Dated: September 15th, 2008

                                      BY THE COURT:

                                      s/Richard P. Matsch
                                      _____
                                      Richard P. Matsch, Senior District Judge