IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-02308-RPM

CONTINENTAL DIVIDE INSURANCE, as subrogee of Borowski Enterprises, LLC,

    Plaintiff,

v.

NORTH POINTE INSURANCE COMPANY,

    Defendant.

---

## ORDER FOR DISMISSAL WITH PREJUDICE

---

Pursuant to the Stipulation for Dismissal with Prejudice [25] filed on March 20, 2009, it is

ORDERED that plaintiff's Complaint herein is dismissed with prejudice, each party to pay their own costs.

Dated: March 23rd, 2009

                        BY THE COURT:

                        s/Richard P. Matsch

                        _____
                        Richard P. Matsch, Senior District Judge